# U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT COLUMBUS

### WITHDRAWAL PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

**IN RE:** SMITH, ROBERT & BEVERLY A  
2925 CHARMWOOD CT  
DUBLIN, OH 43017  
**AKA/DBA**- BEVERLY ECKEL

**Case No.:** 10-54997  
**Chapter:** 13  
**Claim Date:** 3/22/2011

**The State of Ohio Department of Taxation hereby withdraws its claim in the amount of $3,161.00 in the above-captioned proceedings. Said claim was filed in error and is therefore WITHDRAWN.**

/s/Rebecca L Daum  
#0046728  
Attorney-Bankruptcy Division  
Ohio Department of Taxation  
PO Box 530, Columbus, OH  43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca_daum@tax.state.oh.us